**DENY and Opinion Filed July 21, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00688-CV

### IN RE AL WILLIAMS, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17458**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Smith

In this original proceeding, relator asks us to issue a writ of mandamus compelling the trial court to rule on outstanding motions and provide findings of facts and conclusions of law. Relator also asks us to issue a writ of mandamus compelling the court of appeals to abate his related appeal, supplement the record, and add CWS Towing as a party.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (per curium) (orig. proceeding) (citing *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)). We conclude that relator has failed to comply with most of the

requirements under Texas Rule of Appellate Procedure 52, and, without a record, we are unable to meaningfully review relator's claims. Further, to the extent relator seeks a writ of mandamus against the court of appeals, we lack authority to grant such relief. *See* TEX. GOV'T CODE ANN. § 22.221(b). Accordingly, we deny the petition.

/Craig Smith/
CRAIG SMITH
JUSTICE

220688F.P05